IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD FARLEY,

       Plaintiff,               No. 2:11-cv-1830 KJN P

    vs.

TIM VIRGA, et al.,

       Defendants.        <u>ORDER TO SHOW CAUSE</u>

_____/

       Plaintiff consented to proceed before the undersigned for all purposes.  <u>See</u> 28 U.S.C. § 636(c).  By an order filed December 27, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.  Accordingly, IT IS HEREBY ORDERED that within twenty-one days, plaintiff shall show cause why this action should not be dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

DATED:  February 7, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/farl1830.osc