IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD FARLEY,

        Plaintiff,                     No. 2:11-cv-1830 KJN P

    vs.

TIM VIRGA, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding without counsel. By order filed December 27, 2011, plaintiff was directed to complete and return documents for service of process on defendants Tim Virga, V. Mini, Dr. Bal, Dr. Sahota, J. Lizarraga, and C. Cannedy. On February 8, 2012, the court issued an order to show cause why this case should not be dismissed based on plaintiff's failure to comply with the December 27, 2011 order.

        Plaintiff has now provided a statement by a correctional officer that plaintiff's January 15, 2012 envelope addressed to the court, and containing about three inches of material, was returned as damaged. (Dkt. No. 17 at 3.) Although the documents were re-sealed and sent back out, the court has not received them. Good cause appearing, plaintiff will be provided a second set of the materials, and granted an extension of time in which to submit the forms required for service of process.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The February 8, 2012 order to show cause is discharged;

2. Plaintiff is granted thirty days in which to submit the forms and documents required by this court's December 27, 2011 order;

3. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed October 25, 2011;

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

  a. The completed Notice of Submission of Documents;

  b. One completed summons;

  c. One completed USM-285 form for defendants Tim Virga, V. Mini, Dr. Bal, Dr. Sahota, J. Lizarraga, and C. Cannedy; and

  d. Seven copies of the endorsed amended complaint filed October 25, 2011.

DATED: February 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

farl1830.res

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD FARLEY,

      Plaintiff,                      No. 2:11-cv-1830 KJN P

      vs.

TIM VIRGA, et al.,                  <u>NOTICE OF SUBMISSION</u>

      Defendants.                  <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____
                                Amended Complaint

DATED:

                                      _____
                                      Plaintiff